UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VALENTINAS SAUKAITIS | § | Case No. 11-11462 |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Gregg Szilagyi_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-11462 JBS | Judge: Jack B. Schmetterer | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|
| Case Name: | VALENTINAS SAUKAITIS | | Date Filed (f) or Converted (c): | 03/18/11 (f) |
| | | | 341(a) Meeting Date: | 05/02/11 |
| For Period Ending: 08/21/12 | | | Claims Bar Date: | 08/03/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | House Location: 102 Rose Court, Lemont IL 60439-7504 Purchas | 571,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | House; 13630 S. Archer Ave., Lemont, IL Purchased in 2006 fo | 188,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Currency | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 4 | Checking account at Marquette Bank held jointly with Silvia | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| 5 | Business checking account at Marquette Bank | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Household Goods | 1,500.00 | 1,500.00 | DA | 0.00 | 1,500.00 |
| 7 | Clothes | 200.00 | 200.00 | DA | 0.00 | 200.00 |
| 8 | Jewelry | 100.00 | 100.00 | DA | 0.00 | 100.00 |
| 9 | 100% owner of Valentino Construction (inactive) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Tax Refund for 2010 | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| 11 | 2005 Nissan Titan; Mileage: 150,000 | 7,000.00 | 7,000.00 | DA | 0.00 | 7,000.00 |
| 12 | Tools | 1,000.00 | 1,000.00 | DA | 0.00 | 1,000.00 |
| 13 | MISC. REFUND- STATE FARM BANK SURPLUS (u) | Unknown | 0.00 | | 6,399.32 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.78 | Unknown |
| | TOTALS (Excluding Unknown Values) | $770,400.00 | $10,900.00 | | $6,400.10 | Gross Value of Remaining Assets $10,900.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR):  12/31/12     Current Projected Date of Final Report (TFR):  / /

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-11462
Case Name: VALENTINAS SAUKAITIS
Taxpayer ID No: XX-XXX9075
For Period Ending: 08/21/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9237 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/28/11 | 13 | STAE FARM BANK | REFUND OF SURPLUS FROM SALE OF COLLATERAL | 1290-000 | 6,399.32 | | 6,399.32 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,399.37 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,399.42 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,399.47 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,399.53 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,399.58 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,399.63 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.15 | 6,391.48 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,391.53 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.88 | 6,383.65 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,383.70 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.87 | 6,375.83 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,375.89 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.36 | 6,367.53 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,367.58 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.57 | 6,360.01 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,360.06 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.82 | 6,352.24 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,352.29 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.07 | 6,344.22 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,344.27 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.06 | 6,336.21 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,336.26 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.53 | 6,328.73 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,328.79 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.30 | 6,320.49 |
| | | | Page Subtotals | | 6,400.10 | 79.61 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No: 11-11462
Case Name: VALENTINAS SAUKAITIS
Taxpayer ID No: XX-XXX9075
For Period Ending: 08/21/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9237 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | COLUMN TOTALS |  | 6,400.10 | 79.61 | 6,320.49 |
|  |  |  | Less: Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 6,400.10 | 79.61 |  |
|  |  |  | Less: Payments to Debtors |  | 0.00 | 0.00 |  |
|  |  |  | Net |  | 6,400.10 | 79.61 |  |

|  |  | NET |  |
|---|---|---|---|
|  | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | ACCOUNT BALANCE |

MONEY MARKET ACCOUNT - XXXXXX9237          6,400.10          79.61          6,320.49

Total Allocation Receipts:           0.00
Total Net Deposits:              6,400.10                             6,400.10          79.61          6,320.49
Total Gross Receipts:            6,400.10                          ===============  ===============  ===========
                                                                   (Excludes account  (Excludes payments  Total Funds on
                                                                       transfers)       to debtors)          Hand

Page Subtotals                                                                           0.00              0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-11462  
Debtor Name: SAUKAITIS, VALENTINAS  
Claims Bar Date: 08/03/11  
Date: August 21, 2012

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $1,390.01 | $1,390.01 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $0.00 | $15,764.94 | $15,764.94 |
| 2 300 7100 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $889.88 | $889.88 |
| 3 300 7100 | Atlas Acquisitions LLC<br>Assignee of GE Money Bank<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $18,717.89 | $18,717.89 |
| 4 300 7100 | Merle B. Smith Company Inc.<br>C/O Snyder & Associates<br>120 E Ogden Ave Ste 17B<br>Hinsdale, IL 60521 | Unsecured | | $0.00 | $397.00 | $397.00 |
| 5 300 7100 | WORLD"S FOREMOST BANK<br>CABELA"S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | | $0.00 | $8,715.59 | $8,715.59 |
| 6 300 7100 | Citibank, N.A.<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 | Unsecured | | $0.00 | $9,909.07 | $9,909.07 |
| 7 350 7200 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $4,642.20 | $4,642.20 |
| | Case Totals | | | $0.00 | $60,426.58 | $60,426.58 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-11462
Case Name: VALENTINAS SAUKAITIS
Trustee Name: Gregg Szilagyi

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 2 | Chase Bank USA, N.A. | $ | $ | $ |
| 3 | Atlas Acquisitions LLC | $ | $ | $ |
| 4 | Merle B. Smith Company Inc. | $ | $ | $ |
| 5 | WORLD"S FOREMOST BANK | $ | $ | $ |
| 6 | Citibank, N.A. | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | FIA Card Services, NA/Bank of America | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance    $_____

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE