# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  §
  §
VALENTINAS SAUKAITIS  §  Case No. 11-11462
  §
  Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/20/2012 in Courtroom 682,

United States Courthouse
219 S. DEARBORN ST CHGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2012         By: Gregg Szilagyi
                                     Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
VALENTINAS SAUKAITIS § Case No. 11-11462
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,400.15 |
| and approved disbursements of | $ | 79.61 |
| leaving a balance on hand of[1] | $ | 6,320.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 1,390.01 | $ 0.00 | $ 1,390.01 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,390.01 |
| Remaining Balance | $ 4,930.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,394.37  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $ 15,764.94 | $ 0.00 | $ 1,428.98 |
| 2 | Chase Bank USA, N.A. | $ 889.88 | $ 0.00 | $ 80.66 |
| 3 | Atlas Acquisitions LLC | $ 18,717.89 | $ 0.00 | $ 1,696.65 |
| 4 | Merle B. Smith Company Inc. | $ 397.00 | $ 0.00 | $ 35.99 |
| 5 | WORLD"S FOREMOST BANK | $ 8,715.59 | $ 0.00 | $ 790.01 |
| 6 | Citibank, N.A. | $ 9,909.07 | $ 0.00 | $ 898.19 |

Total to be paid to timely general unsecured creditors         $ 4,930.48

Remaining Balance         $ 0.05

Tardily filed claims of general (unsecured) creditors totaling $ 4,642.20  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | FIA Card Services, NA/Bank of America | $ 4,642.20 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors         $ 0.00

Remaining Balance         $ 0.05

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-11462-JBS
Valentinas Saukaitis                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: froman                 Page 1 of 3            Date Rcvd: Oct 25, 2012
                               Form ID: pdf006              Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2012.
db            Valentinas Saukaitis,    102 Rose Court,    Lemont, IL 60439-7504
16983210     +ATG Credit LLC,    PO BOX 14895,    Chicago, IL 60614-8542
16983207     +Action Physical Medicine & Rehab SC,    850 Brookforest Ave.,   Unit F,   Shorewood, IL 60404-8515
16983208      Adventist Bolingbrook Hospital,    PO BOX 1965,    Southgate, MI 48195-0965
16983213     +Cabela's CLUB Visa,    PO BOX 82519,    Lincoln, NE 68501-2502
16983214      Capital One Bank,    PO Box 5294,    Carol Stream, IL 60197-5294
16983215     +Center for Neuro Dis,    2222 Weber Road,    Crest Hill, IL 60403-0928
17322392      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16983216     +Chase Cardmember Services,    PO Box 15678,    Wilmington, DE 19850-5678
16983217      Chicago Sound Works,    6730 S. Madison Ave.,    Hinsdale, IL 60522
16983218      CitiMortgage, Inc.,    PO Box 183040,    Columbus, OH 43218-3040
17620619     +Citibank, N.A.,    Payment Center,    4740 121st St,    Urbandale, IA 50323-2402
16983219     +Client Services, Inc.,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
16983221     +Dale Remodeling and Construction,    c/o R & J Legal Group,   225 W. Washington, Suite 2200,
               Chicago, IL 60606-3561
16983222     +Dependon Collection Service, Inc.,    PO BOX 4833,   Oak Brook, IL 60522-4833
16983223     +Dominic Reda,    c/o Barone & Jenkins,   635 Butterfield Road, Suite 145,
               Oakbrook Terrace, IL 60181-4026
16983224     +DuPage Pathology Associates,    520 E. 22nd Street,    Lombard, IL 60148-6110
16983225     +Emergency Healthcare Physicians,    PO BOX 366,   Hinsdale, IL 60522-0366
16983226      Encore Receivables Management,    400 N. Rogers Rd.,    PO Box 3330,   Olathe, KS 66063-3330
16983227     +Exclusive Windows,    545 Willowbrook Centre Parkway,    Willowbrook, IL 60527-6057
16983229     +First Personal Bank,    14701 Ravinia Ave.,    Orland Park, IL 60462-3100
16983230     +Fred E. Bahr Lumber Co.,    c/o Lewis, Overbeck & Furman LLP,   20 N. Clark St., Suite 3200,
               Chicago, IL 60602-5093
16983231     +Freedman, Anselmo, Lindberg,    1807 W Diehl,    PO 3107,   Naperville, IL 60566-7107
16983233      GMAC Mortgage,    3451 Hammond Ave.,    PO BOX 780,   Waterloo, IA 50704-0780
16983235      HSBC Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
16983234      Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
16983237      Illinois Dept of Healthcare and Fam,    Division of Child Support services,   PO BOX 19152,
               Springfield, IL 62794-9152
16983238      Illinois Heart and Vascular,    Dept 20 1026,    PO BOX 5940,   Carol Stream, IL 60197-5940
16983241     +LTD Financial Services,    7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2053
16983239     +LifeTime Fitness,    2902 Corporate Place,    Chanhassen, MN 55317-4773
16983242     +Macy's,   PO BOX 689195,    Des Moines, IA 50368-9195
16983243     +Merle B. Smith Company Inc.,    C/O Snyder & Associates,   120 E Ogden Ave Ste 17B,
               Hinsdale, IL 60521-3544
16983244     +NCB Management Services, Inc.,    PO BOX 1099,    Langhorne, PA 19047-6099
16983245     #North Star Trust Company,    PO BOX 2925,    Milwaukee, WI 53201-2925
16983246      NorthStar Location Service, Inc.,    4285 Genesee St.,    Buffalo, NY 14225-1943
16983250     +Professional Bureau of Collections,    PO BOX 628,   Elk Grove, CA 95759-0628
16983251     +Provena St. Joseph Medical Center,    333 N. Madison St.,   Joliet, IL 60435-8233
16983253     +RMS,   240 Emery Street,    PO Box 20410,    Lehigh Valley, PA 18002-0410
16983252      Richard K. Johnson and Associates,    1 South 443 Summit,   Suite 302,   Villa Park, IL 60181
16983254     +Rolandas Markevicius,    10430 S. Mansfield Unit 4E,   Oak Lawn, IL 60453-4352
16983255     +Romeoville Fire Department,    18 Montrose Drive,    Romeoville, IL 60446-1380
16983258    ++STELLAR RECOVERY INC,    1327 US HIGHWAY 2 WEST,    STE 100,   KALISPELL MT 59901-3413
              (address filed with court: Stellar Recovery, Inc.,    1845 Highway 93 South,   Suite 310,
               Kalispell, MT 59901)
16983256     +Sherwin Williams,    16W485 S. Frontage Road,    Suite 110,   Willowbrook, IL 60527-7151
16983257     +State Farm Bank,    P.O. Box 5961,    Madison, WI 53705-0961
16983259      Suburban Radiologists,    1446 Momentum Place,    Chicago, IL 60689-5314
16983260     +Travelers Indemnity Corporation,    ATTN: Consumer Affairs,    One Tower Square, 8MS,
               Hartford, CT 06183-0003
17618897      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,   LINCOLN, NE 68501-2609
16983262      Woodridge Clinic,    7530 S. Woodward Ave, Suite A,    Woodridge, IL 60517-3100
16983263     +Wright Express Financial Services,    7090 South Union Park Center,   Suite 350,
               Midvale, UT 84047-6023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17485118     +E-mail/Text: bnc@atlasacq.com Oct 26 2012 00:46:52      Atlas Acquisitions LLC,
               Assignee of GE Money Bank,    294 Union St.,   Hackensack, NJ 07601-4303
17293341      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2012 00:51:16      Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 248839,   Oklahoma City, OK 73124-8839
16983220     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 26 2012 00:48:48       Cook County Treasurer,
               118 N. Clark Street, Suite 112,    Chicago, IL 60602-1590
17631345      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2012 00:51:17
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK 73124-8809
16983228     +E-mail/Text: bankruptcynotice@1fbusa.com Oct 26 2012 00:47:39      First Financial Bank USA,
               PO BOX 1200,   North Sioux City, SD 57049-1200
16983232     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2012 00:50:48      GE Money Bank,
               Bankruptcy Department,    PO Box 103104,   Roswell, GA 30076-9104

```
District/off: 0752-1          User: froman                Page 2 of 3               Date Rcvd: Oct 25, 2012
                              Form ID: pdf006             Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
16983240        E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2012 00:49:34      Lowe's,   PO BOX 530954,
                 Atlanta, GA 30353-0954
16983247       +E-mail/Text: clientservices@northwestcollectors.com Oct 26 2012 00:47:11      Northwest Collectors,
                 3601 Algonquin Rd.,   Suite 23,   Rolling Meadows, IL 60008-3126
16983248        E-mail/Text: bankruptcy@proconsrv.com Oct 26 2012 00:47:40      Pro Consulting Services,
                 Collections Division,   PO BOX 66768,   Houston, TX 77266-6768
16983261       +E-mail/Text: bnc@ursi.com Oct 26 2012 00:46:54      United Recovery Systems,
                 5800 North Course Drive,   Houston, TX 77072-1613
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16983209*       Adventist Bolingbrook Hospital,   PO BOX 1965,   Southgate, MI 48195-0965
16983212*       Bank of America,   PO Box 15184,   Wilmington, DE 19850-5184
16983236*       HSBC Retail Services,   PO Box 5244,   Carol Stream, IL 60197-5244
16983249*       Pro Consulting Services,   Collections Division,   PO BOX 66768,   Houston, TX 77266-6768
16983211       ##Bank of America,   PO Box 15184,   Wilmington, DE 19850-5184
                                                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2012**                **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: froman               Page 3 of 3              Date Rcvd: Oct 25, 2012
                              Form ID: pdf006            Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2012 at the address(es) listed below:

    David Freydin  on behalf of Debtor Valentinas Saukaitis david.freydin@freydinlaw.com
    Gregg Szilagyi  gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Timothy R Yueill  on behalf of Creditor CitiMortgage, Inc. timothyy@nevellaw.com
                                         TOTAL: 4