UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
VALENTINAS SAUKAITIS § Case No. 11-11462
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:


Total Expenses of Administration:


3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Gregg Szilagyi_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage, Inc. PO Box 183040 Columbus, OH 43218-3040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Personal Bank 14701 Ravinia Ave. Orland Park, IL 60462 | | | | | |
| | GMAC Mortgage 3451 Hammond Ave. PO BOX 780 Waterloo, IA 5070 | | | | | |
| | Wells Fargo Home Mortgage PO Box 5296 Carol Stream, IL 60197 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 N. Clark Street, Suite 112 Chicago | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept of Healthcare and Fam Division of Child Suppor | | | | | |
| | Rolandas Markevicius 10430 S. Mansfield Unit 4E Oak Lawn, IL | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Action Physical Medicine & Rehab SC 850 Brookforest Ave. Uni | | | | | |
| | Adventist Bolingbrook Hospital PO BOX 1965 Southgate, MI 481 | | | | | |
| | Adventist Bolingbrook Hospital PO BOX 1965 Southgate, MI 481 | | | | | |
| 3 | Atlas Acquisitions LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Cabela's CLUB Visa PO BOX 82519 Lincoln, NE 68501 | | | | | |
| 1 | Capital One Bank (USA), N.A. | | | | | |
| | Capital One Bank PO Box 5294 Carol Stream, IL 60197-5294 | | | | | |
| | Center for Neuro Dis 2222 Weber Road Crest Hill, IL 60403 | | | | | |
| 2 | Chase Bank USA, N.A. | | | | | |
| | Chase Cardmember Services PO Box 15678 Wilmington, DE 19885- | | | | | |
| | Chicago Sound Works 6730 S. Madison Ave. Hinsdale, IL 60522 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Citibank, N.A. | | | | | |
| | Dale Remodeling and Construction c/o R & J Legal Group 225 W | | | | | |
| | Dominic Reda c/o Barone & Jenkins 635 Butterfield Road, Suit | | | | | |
| | DuPage Pathology Associates 520 E. 22nd Street Lombard, IL 6 | | | | | |
| | Emergency Healthcare Physicians PO BOX 366 Hinsdale, IL 6052 | | | | | |
| | Exclusive Windows 545 Willowbrook Centre Parkway Willowbrook | | | | | |
| 7 | FIA Card Services, NA/Bank of America | | | | | |
| | Fred E. Bahr Lumber Co. c/o Lewis, Overbeck & Furman LLP 20 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Money Bank Bankruptcy Department PO Box 103104 Roswell, G | | | | | |
| | HSBC Retail Services PO Box 5244 Carol Stream, IL 60197-5244 | | | | | |
| | HSBC Retail Services PO Box 5244 Carol Stream, IL 60197-5244 | | | | | |
| | Home Depot Credit Services Processing Center Des Moines, IA | | | | | |
| | Illinois Heart and Vascular Dept 20 1026 PO BOX 5940 Carol S | | | | | |
| | LifeTime Fitness 2902 Corporate Place Chanhassen, MN 55317 | | | | | |
| | Lowe's PO BOX 530954 Atlanta, GA 30353-0954 | | | | | |
| | Macy's PO BOX 689195 Des Moines, IA 50368 | | | | | |
| 4 | Merle B. Smith Company Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merle B. Smith Company Inc. 161 Tower Drive, Unit 1 Willowbr | | | | | |
| | North Star Trust Company PO BOX 2925 Milwaukee, WI 53201-292 | | | | | |
| | Provena St. Joseph Medical Center 333 N. Madison St. Joliet, | | | | | |
| | Richard K. Johnson and Associates 1 South 443 Summit Suite 3 | | | | | |
| | Romeoville Fire Department 18 Montrose Drive Romeoville, IL | | | | | |
| | Sherwin Williams 16W485 S. Frontage Road Suite 110 Willowbro | | | | | |
| | State Farm Bank P.O. Box 5961 Madison, WI 53705 | | | | | |
| | Suburban Radiologists 1446 Momentum Place Chicago, IL 60689- | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travelers Indemnity Corporation ATTN: Consumer Affairs One T | | | | | |
| 5 | WORLD"S FOREMOST BANK | | | | | |
| | Woodridge Clinic 7530 S. Woodward Ave, Suite A Woodridge, IL | | | | | |
| | Wright Express Financial Services 7090 South Union Park Cent | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-11462 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|
| Case Name: | VALENTINAS SAUKAITIS | | | | Date Filed (f) or Converted (c): | 03/18/11 (f) |
| | | | | | 341(a) Meeting Date: | 05/02/11 |
| For Period Ending: 08/07/13 | | | | | Claims Bar Date: | 08/03/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | House Location: 102 Rose Court, Lemont IL 60439-7504 Purchas | 571,500.00 | 0.00 | | 0.00 | 0.00 |
| 2 | House; 13630 S. Archer Ave., Lemont, IL Purchased in 2006 fo | 188,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Currency | 100.00 | 100.00 | | 0.00 | 100.00 |
| 4 | Checking account at Marquette Bank held jointly with Silvia | 500.00 | 500.00 | | 0.00 | 500.00 |
| 5 | Business checking account at Marquette Bank | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Household Goods | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 7 | Clothes | 200.00 | 200.00 | | 0.00 | 200.00 |
| 8 | Jewelry | 100.00 | 100.00 | | 0.00 | 100.00 |
| 9 | 100% owner of Valentino Construction (inactive) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Tax Refund for 2010 | 500.00 | 500.00 | | 0.00 | 500.00 |
| 11 | 2005 Nissan Titan; Mileage: 150,000 | 7,000.00 | 7,000.00 | | 0.00 | 7,000.00 |
| 12 | Tools | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 13 | MISC. REFUND- STATE FARM BANK SURPLUS (u) | Unknown | 0.00 | | 6,399.32 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.83 | Unknown |

TOTALS (Excluding Unknown Values) $770,400.00 $10,900.00 $6,400.15

Gross Value of Remaining Assets
$10,900.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12  Current Projected Date of Final Report (TFR): / /

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-11462
Case Name: VALENTINAS SAUKAITIS
Taxpayer ID No: XX-XXX9075
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9237 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/11 | 13 | STAE FARM BANK | REFUND OF SURPLUS FROM SALE OF COLLATERAL | 1290-000 | 6,399.32 | | 6,399.32 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,399.37 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,399.42 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,399.47 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,399.53 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,399.58 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,399.63 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.15 | 6,391.48 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,391.53 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.88 | 6,383.65 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,383.70 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.87 | 6,375.83 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,375.89 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.36 | 6,367.53 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,367.58 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.57 | 6,360.01 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,360.06 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.82 | 6,352.24 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,352.29 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.07 | 6,344.22 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,344.27 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.06 | 6,336.21 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,336.26 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 7.53 | 6,328.73 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,328.79 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 8.30 | 6,320.49 |
| 08/30/12 | INT | Bank of America | | 1270-000 | 0.05 | | 6,320.54 |

Page Subtotals 6,400.15 79.61

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-11462
Case Name: VALENTINAS SAUKAITIS
Taxpayer ID No: XX-XXX9075
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9237 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/30/12 | | Transfer to Acct#XXXXXX5534 | Transfer of Funds | 9999-000 | | 6,320.54 | 0.00 |
| | | | COLUMN TOTALS | | 6,400.15 | 6,400.15 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,320.54 | |
| | | | Subtotal | | 6,400.15 | 79.61 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 6,400.15 | 79.61 | |

Page Subtotals     0.00     6,320.54

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 11-11462
Case Name: VALENTINAS SAUKAITIS
Taxpayer ID No: XX-XXX9075
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5534 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9237 | Transfer of Funds | 9999-000 | 6,320.54 | | 6,320.54 |
| 12/20/12 | 001002 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 1,390.02 | 4,930.52 |
| 12/20/12 | 001003 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | (Final distribution to Claim 1, representing a Payment of 9.06% per court order.) | 7100-000 | | 1,428.99 | 3,501.53 |
| 12/20/12 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 2, representing a Payment of 9.06% per court order.) | 7100-000 | | 80.66 | 3,420.87 |
| 12/20/12 | 001005 | Atlas Acquisitions LLC<br>Assignee of GE Money Bank<br>294 Union St.<br>Hackensack, NJ 07601 | (Final distribution to Claim 3, representing a Payment of 9.06% per court order.) | 7100-000 | | 1,696.66 | 1,724.21 |
| 12/20/12 | 001006 | Merle B. Smith Company Inc.<br>C/O Snyder & Associates<br>120 E Ogden Ave Ste 17B<br>Hinsdale, IL 60521 | (Final distribution to Claim 4, representing a Payment of 9.07% per court order.) | 7100-000 | | 35.99 | 1,688.22 |
| 12/20/12 | 001007 | WORLD"S FOREMOST BANK<br>CABELA"S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | (Final distribution to Claim 5, representing a Payment of 9.06% per court order.) | 7100-000 | | 790.02 | 898.20 |
| 12/20/12 | 001008 | Citibank, N.A.<br>Payment Center<br>4740 121st St<br>Urbandale, IA 50323 | (Final distribution to Claim 6, representing a Payment of 9.06% per court order.) | 7100-000 | | 898.20 | 0.00 |

Page Subtotals    6,320.54    6,320.54

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 11-11462
Case Name: VALENTINAS SAUKAITIS
Taxpayer ID No: XX-XXX9075
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5534 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,320.54 | 6,320.54 | 0.00 |
| Less: Bank Transfers/CD's | 6,320.54 | 0.00 | |
| Subtotal | 0.00 | 6,320.54 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 6,320.54 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX9237 | 6,400.15 | 79.61 | 0.00 |
| Checking Acccount - XXXXXX5534 | 0.00 | 6,320.54 | 0.00 |
| | 6,400.15 | 6,400.15 | 0.00 |

Total Allocation Receipts:   0.00
Total Net Deposits:   6,400.15
Total Gross Receipts:   6,400.15

(Excludes account transfers)   (Excludes payments to debtors)   Total Funds on Hand

Page Subtotals   0.00   0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*